# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**Name of District Court, and/or Magistrate Judge Location (City)**
U.S. District Court-EDNC
No. _____ Division Western

**OFFENSE CHARGED**
See attached
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT** - U.S. vs.
LLOAMES FABRE-SOLER
Address: 399 Forest Estate Drive West Palm Beach, FL 33415

Birth Date: 05/06/1981   ☒ Male   ☐ Female   ☐ Alien

Place of Offense: Wake County
U.S.C. Citation: See attached

(Optional unless a juvenile)
SSN: 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

FILED BY ___SW___ D.C.
May 31, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## PROCEEDING

Name of Complainant Agency, or Person (& Title if any)
Ronald Dorman, DHS /ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40, Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty   ☐ Defense
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under:
MAGISTRATE CASE NO.

☐ TARGET LETTER ISSUED

Name and Office of Person Furnishing Information on THIS FORM: Jasmine Fisher
☒ U.S. Atty.   ☐ Other U.S. Agency

Name of Asst. U.S. Atty. (if assigned): Sebastian Kielmanovich

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges: ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Fed'l   ☐ State
6) ☐ Awaiting trial on other charges

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed: ___ Month Day Year

**DATE OF ARREST** ▶ _____
Of...if Arresting Agency & Warrant were not Federal
Month Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
PENALTY: See attached.
WITNESS: Ronald Dorman, DHS/ICE
BOND:

NAME: LLOAMES FABRE-SOLER CASE NO.                         Date: 12/20/2022

### Counts One, Two & Three: 18 U.S.C. § 1425(a)

### Naturalization Fraud

*Penalty:*

| *Not more than 10 years imprisonment* | *18 U.S.C. § 1425(a)* |
|---|---|
| *$250,000 fine, or both* | *18 U.S.C. § 3571(b)(3)* |
| *Not more than 3 years supervised release* | *18 U.S.C. § 3583(b)(2)* |
| *Not more than 2 years imprisonment upon revocation of supervised release* | *18 U.S.C. § 3583(e)(3)* |
| *$100 special assessment* | *18 U.S.C. § 3013(a)(2)(A)* |
| *Restitution* | *18 U.S.C. 3663 , 3663A and 3664* |

### Count Four: 18 U.S.C. § 1542

### Passport Fraud

*Penalty:*

| *Not more than 10 years imprisonment* | *18 U.S.C. § 1542* |
|---|---|
| *$250,000 fine, or both* | *18 U.S.C. § 3571(b)(3)* |
| *Not more than 3 years supervised release* | *18 U.S.C. § 3583(b)(2)* |
| *Not more than 2 years imprisonment upon revocation of supervised release* | *18 U.S.C. § 3583(e)(3)* |
| *$100 special assessment* | *18 U.S.C. § 3013(a)(2)(A)* |
| *Restitution* | *18 U.S.C. 3663 , 3663A and 3664* |

Forfeiture Notice:  _X___ No   ___ Yes
To be dismissed at sentencing: _____
Release Status:  _____ in Custody         _____ On Bond
Detain: _____        Release: _____
Conditions:  Victims : _X___ No  ____ Yes
AUSA: Sebastian Kielmanovich
Defense Counsel: _____

## DEFENDANT

| Name: | Lloammes Fabre-Soler | Sex:  M    F: X |
|---|---|---|
| DOB: | 05/06/1981 | |
| SSN: | 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 | |
| Street Address: | 399 Forest Estate Drive | |
| City/State/Zip code: | West Palm Beach | Florida | 33415 |

## AGENT

| Name: | Ronald Dorman |
|---|---|
| Agency: | DHS/ ICE |
| Email: | ronald.dorman@ice.dhs.gov |
| Office Phone: | 919-697-9280 |
| Cell Phone: | |

## OCDETF    Yes    No:X

| Operation Name: | |
|---|---|
| Case Number: | SE-NCE- |

## US ATTORNEY'S OFFICE

| Assistant US Attorney: | Sebastian Kielmanovich |
|---|---|
| Office Phone: | 919-856-4909 |
| Cell Phone: | 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 |
| Legal Assistant/Paralegal: | Jasmine Fisher |

FILED IN OPEN COURT
ON  12/21/22 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

FILED BY  SW  D.C.
May 31, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-346-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| LLOAMES FABRE-SOLER ) | |

The Grand Jury charges that:

## COUNT ONE

On or about January 5, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, LLOAMES FABRE-SOLER, did knowingly attempt to procure his naturalization as a United States citizen contrary to law, by making a false statement under penalty of perjury during his biometrics appointment, that is:

a. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed the crime and offense of conspiracy to possess with intent to distribute heroin from in or around December 2016 to on or about January 5, 2017, in the Southern District of Florida, for which he had not been arrested.

b. On Part 12, Question 30.C. of his Application for Naturalization (Form N-400), in response to the question "Have you ever: . . . [s]old or smuggled controlled substances, illegal drugs, or narcotics?" he answered "No" when in fact, as he then knew, he had conspired to possess with intent to distribute heroin from in or around December 2016 to on or about January 5, 2017, in the Southern District of Florida, for which he had not been arrested.

All in violation of Title 18, United States Code, Section 1425(a).

1

## COUNT TWO

On or about April 6, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, LLOAMES FABRE-SOLER, did knowingly attempt to procure his naturalization as a United States citizen contrary to law, by making a false statement under penalty of perjury during his naturalization interview, that is:

   a. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed the crime and offense of conspiracy to possess with intent to distribute heroin from in or around December 2016 to on or about April 6, 2017, in the Southern District of Florida, for which he had not been arrested.

   b. On Part 12, Question 30.C. of his Application for Naturalization (Form N-400), in response to the question "Have you ever: . . . [s]old or smuggled controlled substances, illegal drugs, or narcotics?" he answered "No" when in fact, as he then knew, he had conspired to possess with intent to distribute heroin from in or around December 2016 to on or about April 6, 2017, in the Southern District of Florida, for which he had not been arrested.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT THREE

On or about July 7, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, LLOAMES FABRE-SOLER, did knowingly procure his naturalization as a United States citizen contrary to law, by knowingly making a false statement under penalty of perjury causing his acquisition of citizenship, that is:

2

a. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed the crime and offense of conspiracy to possess with intent to distribute heroin from in or around December 2016 to on or about July 7, 2017, in the Southern District of Florida, for which he had not been arrested.

b. On Part 12, Question 30.C. of his Application for Naturalization (Form N-400), in response to the question "Have you ever: . . . [s]old or smuggled controlled substances, illegal drugs, or narcotics?" he answered "No" when in fact, as he then knew, he had conspired to possess with intent to distribute heroin from in or around December 2016 to on or about July 7, 2017, in the Southern District of Florida, for which he had not been arrested.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT FOUR

On or about July 24, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, LLOAMES FABRE-SOLER, did willfully and knowingly make a false statement in his Application for a United States Passport (Form DS-11) with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant swore under penalty of perjury that he had not included false documents in support of his application, when in fact, as he then knew, he had submitted as proof of citizenship a Certificate of Naturalization (Form N-550) that was fraudulently obtained by means of a material false statement.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL
**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 12/20/2022

MICHAEL F. EASLEY, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED BY ___SW___ D.C.
May 31, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

UNITED STATES OF AMERICA

V.

LLOAMES FABRE-SOLER

SEALED
WARRANT FOR ARREST

CRIMINAL CASE: 5:22-CR-346-M-RN

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**LLOAMES FABRE-SOLER** he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with:

Counts 1, 2, 3 - 18 U.S.C. § 1425(a): Naturalization Fraud
Count 4 - 18 U.S.C. § 1542: Passport Fraud

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature] by Deputy Clerk
Signature of Issuing Officer

DECEMBER 21, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST | | |